**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**GENGLIS NAHIN MARTINEZ,**

    *Petitioner*,

**v.**                                                                                     **Case No. 5:26-CV-2118-JKP**

**ROSE THOMPSON, et al.,**

    *Respondents*.

<u>**ORDER FOR SERVICE**</u>

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1) with a separate Attachment of Exhibits (ECF No. 2). The Court hereby **DIRECTS** the Clerk of Court to furnish a copy of the Petition, the exhibits, and this Order to the Office of the United States Attorney in San Antonio, Texas. Delivery of those same documents by certified mail, return receipt requested, shall constitute sufficient service of process on the Federal Respondents, *see* Fed. R. Civ. P. 4(i), and on all Respondents unless otherwise contested. Service should be directed to

Stephanie Rico, Civil Process Clerk
U.S. Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216.

Federal Respondents are **ORDERED** to file a response to the Petition for Writ of Habeas Corpus **no later than April 8, 2026**. To the extent not provided by Petitioner, Respondents shall include all relevant information and supporting documentation concerning Petitioner's arrival, release (if any), and re-detention if applicable. This is to include, at a minimum, applicable dates and circumstances.

This Order does not restrict Respondents from filing an abbreviated response should they deem such response appropriate considering the detention issues raised. Any such abbreviated response should identify similar cases resolved in the Western District of Texas and indicate that there are no material factual or legal differences between this case and those cases. Such an abbreviated response will preserve the legal arguments previously made by the Federal Respondents in the cases they identify. Petitioner shall have seven days from the date a response is filed to file any reply.

**IT IS FURTHER ORDERED** that any possible or anticipated removal or transfer is **IM-MEDIATELY STAYED** until further order from this Court. Respondents shall not transfer the above-named Petitioner outside of this judicial district during the pendency of this litigation and until further Order of this Court allowing removal or transfer. Of course, this stay does not preclude Respondents from taking necessary steps to effect Petitioner's removal, it merely stays the physical removal or transfer of Petitioner.

**IT IS SO ORDERED** this 1st day of April 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE

2